UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:13-cr-00113-SEB-TAB |
| ) | |
| ALEXANDER HILL, ) | -01 |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A. Baker's Report and Recommendation that Alexander Hill's supervised release should be modified with no supervised release to follow, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders Defendant to be placed at a residential reentry center until his supervised release is terminated on December 30, 2017. Defendant is to participate in a drug treatment program and/or counseling. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The defendant is to remain in the custody of the U.S. Marshals pending the availability of a bed at the Volunteers of America.

**SO ORDERED.**

Date: 8/25/2017

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service